**Order entered May 21, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00185-CV

## IN THE INTEREST OF D.M., A MINOR CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-03631**

## ORDER

Before the Court is court reporter Yolanda Atkins's May 19, 2021 request for an extension of time to file the reporter's record. In light of the Court's opinion of this date dismissing the appeal, we **DISMISS** the request.

/s/    KEN MOLBERG
         JUSTICE